# Order

Michigan Supreme Court
Lansing, Michigan

March 26, 2021

Bridget M. McCormack,
Chief Justice

161903 & (31)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
 Plaintiff-Appellee,

v

ROBERT BYRKIT MORLEY, JR.,
 Defendant-Appellant.

SC: 161903
COA: 353400
Jackson CC: 18-000008-FH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 2, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2021



Clerk

b0323